UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RAGEN ALIZABETH TROTTER GEE, | Civil Action No. 5:20-cv-04035-SAL-KDW |
| Plaintiff, | |
| v. | **ORDER** |
| KILOLO KIJAKAZI,[1]<br>Acting Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 28. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) is to do the following: evaluate the nature, severity, and effects of the claimant's medically determinable borderline personality disorder; re-evaluate the opinion evidence, especially the medical opinion from Dr. Sohn; further evaluate the claimant's residual functional capacity in accordance with SSR 19-4p, and 16-3p; if warranted, obtain supplemental testimony from a vocational expert; take any further action needed to complete the administrative record; give the claimant an opportunity for a hearing; and issue a new decision.

IT IS SO ORDERED.

October 8, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).